UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------X
UNITED STATES OF AMERICA,

        -against-                     ORDER
                                      09-CR-255 (DRH)

NICHOLAS COSMO,

               Defendant.
-----------------------------X
A P P E A R A N C E S:

For the Government:
    Benton J. Campbell
    United States Attorney
    Eastern District of New York
    One Federal Plaza
    Central Islip, New York 11722
      By: Grace Cucchissi, A.U.S.A.

For Defendant:
    Law Offices of Murray Richman
    207 Williamsbridge Road
    Bronx, New York 10461
      By: Stacey Richman, Esq.

HURLEY, Senior District Judge

        The Court is in receipt of defense counsel's letter of
October 6, 2009, requesting an adjournment of the hearing
scheduled for tomorrow afternoon. That request is denied,
coupled with the direction that the government, defendant and
defense counsel are to be present as scheduled. At that time, I
will, after receiving input from counsel, (1) determine whether
we can at least start the hearing which I anticipate will be the
case, and (2) take those steps necessary to assure that the

hearing will be resumed and completed in short order thereafter on day certain.

       SO ORDERED.

Dated: Central Islip, New York
      October 6, 2009

                                           _____/s/_____
                                  DENIS R. HURLEY, U.S.D.J.