# LEVITT & KAIZER
### ATTORNEYS AT LAW

RICHARD WARE LEVITT°
rlevitt@landklaw.com
NICHOLAS G. KAIZER*
nkaizer@landklaw.com

YVONNE SHIVERS
DEAN SOLOMON

° ADMITTED IN N.Y., FLA., AND D.C.

40 FULTON STREET
23RD FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

June 22, 2011

<u>Via ECF</u>

The Honorable Denis R. Hurley
United States District Judge
Eastern District of New York
U.S. Courthouse and Federal Building, 934
Central Islip, New York 11722

        Re: United States v. Cosmo,
           <u>Criminal No. 09-255 (DRH)</u>

Dear Judge Hurley:

  We represent Nicholas Cosmo who is scheduled to be sentenced on July 15, 2011 and request an adjournment of sentence until October 14, 2011 at 10:30 AM.

  We are informed that Mr. Cosmo's PSR will soon be disclosed. Mr. Cosmo is incarcerated in Queens and we require a period to review, consider and respond to what we believe will be a detailed submission concerning Mr. Cosmo's offense conduct. We note the 35-day advance PSR disclosure requirement of Rule 32(e)(3) in seeking this adjournment.

  We have communicated with the Court's Deputy and have been informed that October 14, 2011 at 10:30 AM is an available date and time for Mr. Cosmo's sentencing.

        Respectfully,

        LEVITT & KAIZER
        *Attorneys for Nicholas Cosmo*

    By: *[signature]*

        Nicholas Kaizer

cc: AUSA Demetri Jones
   USPO Holly S. Kaplan